MEMORANDUM ENDORSEMENT

Santos v. Cuomo et al.,
19 CV 5398 (VB)



The Court has received the attached submissions from plaintiff, who is proceeding pro se and in forma pauperis: a motion, dated December 8, 2019, requesting appointment of pro bono counsel (Doc. #24), and a letter, dated December 8, 2019, requesting information on how to respond to the motion to dismiss filed by defendants Anthony Annucci and Robert Morton Jr. (Doc. #25).

Plaintiff's request for appointment of pro bono counsel is DENIED WITHOUT PREJUDICE.

The Court has considered the type and complexity of this case, the merits of plaintiff's claims, and plaintiff's ability to present the case. At this time, the Court does not find any exceptional circumstances in plaintiff's case that would warrant the appointment of counsel. See 28 U.S.C. § 1915(e)(1); Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989).

The Court is not plaintiff's attorney and will not offer plaintiff legal advice. On August 23, 2019, an information package was mailed to plaintiff, which included a copy of the Court's Motions Guide for Pro Se Litigants. (Doc. #14). Today, the Clerk mailed to plaintiff an additional copy of the Motions Guide.

In view of plaintiff's pro se status, the Court sua sponte extends to January 30, 2020, plaintiff's time to oppose the pending motion to dismiss. **If plaintiff fails to oppose the motion by January 30, 2020, the motion will be deemed fully submitted and unopposed.**

To the extent plaintiff's submissions contain any further request for relief, such request is DENIED.

The Clerk is directed to terminate plaintiff's motion. (Doc. #24).

The Clerk is further directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 26, 2019
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

United States District Court
Southern District of New York —x
Byron Santos,                                    19-CV-5398
          Plaintiff,
   -against-                                     Motion For The
Governor Andrew Cuomo, et al.,                   Appointment of Counsel
          Defendants.
—————————————————x

   Plaintiff, Byron Santos, pursuant to §1915, requests this Court to appoint Counsel to represent him in this case for the following reasons.
   1) The Plaintiff is unable to afford Counsel.
   2) The issues involved in this case are complex.
   3) Over 30 days ago, the plaintiff wrote a letter to attorney, Gregory P. Marton Jr., asking to handle his case but he has not heard from him.
   4) The plaintiff has a limited knowledge of the law.
   Wherefore, this honorable court should appoint Counsel to represent the plaintiff.

12/8/19                                          Byron Santos
[Date]                                           Auburn Corr. Facility
                                                 P.O. Box 618
                                                 Auburn, NY 13024
                                                 [Name and Address]

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Byron Santos   DIN: 17A4430

To: Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

Legal Mail
Pro Se Inmate

RECEIVED
DEC 19 2019
PRO SE OFFICE

RECEIVED
2019 DEC 18 PM 4:14

RECEIVED
DEC 19 2019
PRO SE OFFICE

TO: Southern District Court
FROM: Byron Santos #17A4130
DATE: 12/8/19

    I am writing this missive because the attorney of the defendants in my Civil Case, Docket # 19-CV-5398, sent me a "Notice of Motion to dismiss the Complaint" and an "Answer" and I don't know anything about law so I am confuesed on what I have to do next. If there is any papers that I have to file can you please send it to me. Thank you for your time and patience.

Sincerely,
Byron Santos
*Byron Santos*
12/8/19

CC: B/R
    File
    (Southern District Court)

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Byron Santos   DIN: 17A4430

RECEIVED
DEC 19 2019
PRO SE OFFICE

Legal Mail
Pro Se Intake

Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007