UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BYRON SANTOS,

          Plaintiff,

v.

CORRECTION OFFICER R. FELDMAN,

          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 5398 (VB)

      The Court conducted an on-the-record status conference today, at which plaintiff and counsel for defendant appeared by telephone.

      Accordingly, it is HEREBY ORDERED:

      1.     By December 16, 2020, defense counsel shall file with the Court and send to plaintiff a letter listing the names of witnesses who, based on her investigation, may have relevant knowledge of the incident at issue in this case. The letter shall indicate whether each witness is an inmate or staff member.

      2.     By January 4, 2021, defense counsel shall file with the Court a letter regarding the status of plaintiff's authorizations to release his mental health and hospital records.

      3.     By January 4, 2021, plaintiff shall file with the Court a letter outlining any additional discovery he believes he is entitled to.

      4.     A status conference in this case is scheduled for **February 8, 2021, at 4:00 p.m.** Plaintiff and defense counsel shall attend the status conference by calling the following number and entering the access code when requested:

      **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662
      **Access Code:**      1703567

      It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 2, 2020
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge