> APPLICATION GRANTED.
>
> The Court finds defendant has shown a sufficient basis to justify filing under seal the names of those inmates and staff members who are potential witnesses.
>
> The Clerk is instructed to terminate the letter-motion. (Doc. #51).
>
> Chambers will mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.
> December 16, 2020

LETITIA JAMES
ATTORNEY GENERAL

OFFICE [OF ...]

WR[ITER ...]

**Via ECF**
Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Santos v. Annucci,* 19 Civ. 5398 (VLB)

Dear Judge Briccetti:

     This Office represents Correction Officer Feldman in the above-captioned action. Your Honor ordered this Office, on or before December 16, 2020, to file with the Court and send to plaintiff, a letter listing the names of witnesses who, based on current investigation, may have relevant knowledge of the incident at issue in this case, and indicate whether each witness is an inmate or staff member. (ECF Dkt. No. 50). This letter has been prepared, and is submitted with this motion under seal. To minimize institutional security concerns and to avoid invading the non-party inmates' privacy, we respectfully request leave to file this letter either under seal or redacted.[1]

     The reason for this request is that the identifying inmates' names on the Docket could cause embarrassment, and publicly identifying them as potential witnesses to an incident inside the correctional facility could jeopardize the safety, security or health of those inmates and the facility as a whole. Due to safety and privacy considerations, the names should not be publicly filed via ECF, where it would be available to the public, including former and current parolees and persons who could communicate the information to current inmates.

---

[1] Pursuant to your individual rules, this letter motion is filed under public view, and the proposed sealed or redacted document is separately filed electronically under seal as related to this motion. The proposed redaction would be all the names listed in Exhibit A.

Page 2

       I thank Your Honor for your attention to this matter.

Respectfully Submitted,<br>
/s/<br>
Jessica Acosta-Pettyjohn<br>
Assistant Attorney General<br>
212-416-6551<br>
Jessica.Acosta-Pettyjohn@ag.ny.gov

Cc:    Bryon Santos, DIN 17-A- 4130
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902-0500
(via First Class Mail)