MEMORANDUM ENDORSEMENT

Santos v. Annucci, et al.,
19 CV 5398 (VB)

In the attached letter-motion dated February 3, 2021, counsel for defendant C.O. Feldman, request the Court adjourn the case management conference scheduled for February 8, 2021, at 4:00 p.m., because the guidance office at Elmira Correctional Facility closes at 4:00 p.m., and will not be able to administer the call. (Doc. #55).

The application is GRANTED. Accordingly, it is HEREBY ORDERED:

**The case management conference currently scheduled for February 8, 2021, at 4:00 p.m., is re-scheduled for <u>February 10, 2021, at 3:00 p.m.</u>** Because of the current public health emergency, the Court will conduct the conference by telephone. At the time of the scheduled conference, counsel and any unrepresented parties shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:**   (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

**Access Code:**   1703567

It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

The Clerk is instructed to terminate the letter-motion. (Doc. #55).

Chambers will mail a copy of this Order to plaintiff at his address on the docket.

Dated: February 3, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6551

February 3, 2021

**Via ECF**
Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Santos v. Annucci, et. al</u>, 19 Civ. 5398 (VLB)

Dear Judge Briccetti:

    This Office represents Correction Officer Feldman in the above-captioned action. We write to respectfully request that the Conference scheduled for February 8, 2021 at 4 PM, (ECF Dkt. No. 50), be rescheduled to another time on February 8, 2021, or any time before 3:30 PM, on another date convenient to the Court. Our Office has been informed that the Guidance office at Elmira Correctional Facility closes at 4 PM and will not be able to administer the call.

    We thank Your Honor for your attention to this matter.

                                               Respectfully Submitted,
                                               /s/
                                             Jessica Acosta-Pettyjohn
                                             Assistant Attorney General
                                             212-416-6551
                                             Jessica.Acosta-Pettyjohn@ag.ny.gov

cc:    Bryon Santos, DIN 17-A- 4130
        Elmira Correctional Facility
        P.O. Box 500
        Elmira, NY 14902-0500
        (via First Class Mail)