Copies Mailed/Faxed 2/10/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BYRON SANTOS,

          Plaintiff,

v.

CORRECTION OFFICER R. FELDMAN,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 5398 (VB)

    The Court conducted an on-the-record status conference today, at which plaintiff and counsel for defendant appeared by telephone.

    Accordingly, it is HEREBY ORDERED:

    A status conference in this case is scheduled for **April 14, 2021, at 2:45 p.m.** Plaintiff and defense counsel shall attend the status conference by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662
    **Access Code:**    1703567

    It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge