UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Copies Mailed/Faxed   *TI 4-14-21*
Chambers of Vincent L. Briccetti

-------------------------------------------------------------x

BYRON SANTOS,

          Plaintiff,

v.

CORRECTION OFFICER R. FELDMAN,

          Defendant.

-------------------------------------------------------------x

**ORDER**

19 CV 5398 (VB)

*4-14-21*

      The Court conducted an on-the-record status conference today, at which plaintiff and counsel for defendant appeared by telephone.

      Accordingly, it is HEREBY ORDERED:

      1.     Defendant's motion for summary judgment is due June 1, 2021.

      2.     Plaintiff's opposition is due July 16, 2021.

      3.     Defendant's reply, if any, is due July 30, 2021.

      4.     During the telephone conference, plaintiff renewed his application for appointment of pro bono counsel.  The motion is DENIED WITHOUT PREJUDICE for the same reasons set forth in the Court's Orders dated December 26, 2019, and January 14, 2020.

      5.     Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if plaintiff fails to do so.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 14, 2021
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge