UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BYRON SANTOS,

                     Plaintiff,

-against-                                  19 CIVIL 5398 (VB)

**JUDGMENT**

CORRECTION OFFICER R. FELDMAN,

                     Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 7, 2022, the motion for summary judgment is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

           March 7, 2022

                                                     RUBY J. KRAJICK

                                                     Clerk of Court

                           BY:

                                                      **Deputy Clerk**